PROB 12C
(7/93)

Report Date: June 12, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 12 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Mejia Yanez                Case Number: 2:11CR02103-001
AKA: David Yanez-Mejia

Address of Offender: Taft Correctional Institution, Taft, CA

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 7, 2012

| | |
|---|---|
| Original Offense: | Ct. 1: Conspiracy and Aiding and Abetting, 18 U.S.C. §§ 371 & 2<br>Cts. 2 - 5: Transfer of False Identification Documents, 18 U.S.C. § 1028(a)(2)<br>Cts. 6 - 9: Transfer of Unlawfully Issued Identification Documents, 18 U.S.C. § 1546(a)<br>Ct. 10: Possession of an Unlawfully Issued Identification Document, 18 U.S.C. § 1546(a) |
| Original Sentence: | Prison - 6 Months;    Type of Supervision: Supervised Release<br>TSR - 36 Months |
| Asst. U.S. Attorney: | Shawn N. Anderson    Date Supervision Commenced: October 5, 2012 |
| Defense Attorney: | Alison Klare Guernsey    Date Supervision Expires: October 4, 2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number      Nature of Noncompliance

1    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

   **Supporting Evidence**: On April 8, 2013, a criminal complaint was filed with the U.S. District Court, for the District of Arizona, charging the defendant, who was using the name of David Yanez-Mejia, with count 1: Illegal Reentry After Deportation and count 2: Alien Eluding Examination and Inspection by Immigration Officers of the U.S., in violation of 8 U.S.C. §§ 1326(b)(1) and 1325.

   According to the complaint, on April 3, 2013, the U.S. Border Patrol agents discovered David Yanez-Mejia in the U.S. near Douglas, Arizona. Upon questioning, the defendant admitted to entering the U.S. illegally from Mexico. The defendant failed to apply for permission from the proper authorities to reenter the U.S.

Case 2:11-cr-02103-EFS   Document 171   Filed 06/12/13

Prob12C
Re: Yanez, David Mejia
AKA: Yanez-Mejia, David
June 12, 2013
Page 2

On the same day the complaint was filed, in the U.S. District Court, for the District of Arizona, Mr. Yanez-Mejia entered a plea to count 2 of the complaint, Alien Eluding Examination and Inspection by Immigration Officers of the U.S., a misdemeanor offense, in violation of 8 U.S.C. § 1325. Count 1 of the complaint, Illegal Reentry After Deportation, a felony, in violation of 8 U.S.C. § 1326(a) and (b)(1) was dismissed.

On April 5, 2013, Mr. Yanez-Mejia was sentenced in the District of Arizona, to 150 days imprisonment, with no supervised release to follow. He is currently in custody at Taft Correctional Institution in Taft, California, serving his term, and has a projected release date of August 30, 2013.

2    **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: The defendant illegally reentered the U.S. without permission on April 3, 2013, as noted in violation 1. According to the criminal complaint from the District of Arizona, the defendant was deported to Mexico on February 6, 2013, at Del Rio, Texas, and has failed to obtain permission to reenter the U.S.

The Eastern District of Washington probation office was notified on June 6, 2013, that the defendant was in the custody of the Federal Bureau of Prisons (BOP), at the facility noted in violation 1.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/12/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

Prob12C
Re: Yanez, David Mejia
AKA: Yanez-Mejia, David
June 12, 2013
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Edward F. Shea_
Signature of Judicial Officer

6/12/13
Date