PROB 12C
(7/93)

Report Date: January 9, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN -9 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Mejia Yanez          Case Number: 2:11CR02103-001

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 7, 2012

| | | |
|---|---|---|
| Original Offense: | Ct. 1: Conspiracy and Aiding and Abetting, 18 U.S.C. §§ 371 & 2; Cts. 2-5: Transfer of False Identification Documents, 18 U.S.C. § 1028(a)(2); Cts. 6- 9: Transfer of Unlawfully Issued Identification Documents, 18 U.S.C. § 1646(a); Ct. 10: Possession of an Unlawfully Issued Identification Document, 18 U.S.C. § 1546(a) | |
| Original Sentence: | Prison 6 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: November 19, 2013 |
| Defense Attorney: | Alison Klare Guernsey | Date Supervision Expires: October 4, 2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You are prohibited from returning to the U.S. without advance legal permission from the U.S. Attorney General or his designee. Should you reenter the U.S., you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: On January 9, 2013, U.S. Probation Officer Sean Carter was contacted by a special agent with Homeland Security Investigation who indicated the defendant had illegally returned to the U.S. This agent is familiar with the defendant as he was the case agent in the defendant's original criminal conviction. The special agent indicated he was currently conducting surveillance at 701 North Fourth Avenue, Yakima, Washington, and observed the defendant at that location on this date. It is noted 701 North Fourth Avenue, Yakima, Washington, is the defendant's listed address in the files of the U.S. Probation Office. |
| | The special agent confirmed the defendant was deported or removed following his original conviction and again on December 26, 2013, after having illegally returned to the U.S. after he appeared before the Court for violating the terms of his supervised release in late 2013. |

Prob12C
Re: Yanez, David Mejia
January 9, 2014
Page 2

A search of U.S. Probation records shows no evidence the defendant has reported following his return to the United States.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/09/2014

s/Sean Carter for

Stephen Krous
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/9/14
Date